BELL LAW FIRM, P.C.
Aaron J. Bell, WSBA No. 17885
P.O. Box 1547
Wilsonville, OR 97070
Telephone: (503) 682-8840
Facsimile: (503) 682-9895
Email: aaron@blf-pc.com
Attorneys for Bank of the West

FOSTER GARVEY PC
Deborah A. Crabbe, WSBA No. 22263
1111 3rd Ave., #3000
Seattle, WA 98101
Telephone: (206) 447-5325
Facsimile: (206) 749-2009
Email: deborah.crabbe@foster.com
Attorneys for Bank of the West

Honorable Frederick C. Corbit
Chapter 11
EX-PARTE

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

COUNTRY MORNING FARMS, INC. and COUNTRY MORNING FARMS CATTLE, LLC,

    Debtors/Debtors in Possession.

Lead Case No. 19-00478-FPC11

Jointly Administered

**EX –PARTE MOTION FOR 2004 EXAMINATION OF GAYLE NOYES**

COMES NOW Bank of the West ("BOTW"), a secured creditor in this case and hereby moves this Court pursuant to Fed. R. Bankr. P. 2004 and 9016 (incorporating Fed. R. Civ. P. 45) for an order directing Gayle Noyes as Dairy Manager to debtor Country Morning Farms, Inc., to appear at the offices of Foster Garvey PC, 618 West Riverside Avenue, Suite 300, Spokane, WA 99201 on **December 11, 2019 at 10:00 a.m.,** or at another time set by written agreement, to be examined under oath concerning the acts, conduct, property, liabilities and financial condition of the Debtor, and any other matter which may affect the Debtor's estate, including but not limited to the Debtor's proposed Plan of Reorganization.

E-PARTE MOTION - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

FG:53551984.1

19-00478-FPC11   Doc 480   Filed 11/21/19   Entered 11/21/19 15:01:42   Pg 1 of 2

Dated: November 21, 2019.

**FOSTER GARVEY PC**

By: */s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA #22263
Attorneys for Creditor Bank of the West

E-PARTE MOTION - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

FG:53551984.1

19-00478-FPC11   Doc 480   Filed 11/21/19   Entered 11/21/19 15:01:42   Pg 2 of 2