UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>COUNTRY MORNING FARMS, INC. and COUNTRY MORNING FARMS CATTLE, LLC,<br><br>Debtors/Debtors in Possession. | Lead Case No. 19-00478-FPC11<br><br>Jointly Administered<br><br>**EX-PARTE ORDER FOR 2004 EXAMINATION OF GAYLE NOYES** |

THIS MATTER having come on before the Court upon the motion of Bank of the West ("BOTW") for an order for a 2004 examination of Gayle Noyes pursuant to Fed. R. Bankr. P. 2004 and 9016 (incorporating Fed. R. Civ. P. 45); and it appearing that good cause has been shown, now therefore, it is hereby

ORDERED that Gayle Noyes as Dairy Manager to debtor Country Morning Farms, Inc., appear at the offices of Foster Garvey PC, 618 West Riverside Avenue, Suite 300, Spokane, WA 99201 on December 11, 2019 at 10:00 A.m., or at another time set by written agreement, to be examined under oath concerning the acts, conduct, property, liabilities and

EX-PARTE ORDER - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

financial condition of the Debtor, and any other matter which may affect the Debtor's estate, including but not limited to the Debtor's proposed Plan of Reorganization.

**///END OF ORDER///**

**Presented by:**

**FOSTER GARVEY PC**

*/s/ Deborah A. Crabbe*
_____
Deborah A. Crabbe, WSBA No. 22263
Attorneys for Bank of the West

EX-PARTE ORDER - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700